UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| CATHLEEN BEAN,<br><br>                     Plaintiff,<br><br>    v.<br><br>THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2007-2,<br><br>                     Defendant. | CIVIL ACTION<br>NO. 1:12-cv-10930 JCB |

## **DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc. Asset-Backed Certificates Series 2007-2 ("BNYM"), through its undersigned counsel, respectfully requests that the Court dismiss in its entirety the Complaint filed in this action by Cathleen Bean for failure to state any cognizable legal claim for relief.

Support for the above requests is provided in BNYM's accompanying memorandum of law.

Respectfully submitted,

**The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc. Asset-Backed Certificates Series 2007-2**

By its attorney,

/s/ Matthew C. Applebaum, BBO #653606
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA  02110
Tel:  (617) 951-8000
Fax:  (617) 951-8736
matt.applebaum@bingham.com

Dated: May 30, 2012

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that counsel for the defendant and counsel for the plaintiff have conferred and attempted in good faith to resolve or narrow this issue. The parties could not narrow or resolve the issues in dispute.

/s/  Matthew C. Applebaum, BBO #653606

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 30, 2012.

/s/  Matthew C. Applebaum, BBO #653606